# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 17-0359-MFW (KK) | Date: | April 21, 2017 |
| Title: | *Afnan Ali v. Jeff Sessions, et al.* | | |

Present: The Honorable KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order re Notice of Lodging of Executed Warrant of Removal [Dkt. 7]

On February 28, 2017, Petitioner Afnan Ali ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person Subject to Indefinite Immigration Detention pursuant to 28 U.S.C. § 2241 ("Petition"). ECF Docket No. ("Dkt.") 1. On March 29, 2017, Respondent filed an Answer stating Petitioner was scheduled to be removed from the United States in mid-April. Dkt. 5.

On April 20, 2017, Respondent filed a Notice of Lodging Executed Warrant of Removal stating Immigration and Customs Enforcement removed Petitioner from the United States on April 11, 2017. Dkts. 6, 7. If Respondent's claim is correct, it appears the Petition is now moot.

Accordingly, Petitioner is ordered to file a response indicating why this matter is not moot **within 7 days of the date of this order**. Alternatively, Petitioner may file a notice of voluntary dismissal.

**IT IS SO ORDERED.**